```
BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00351-AWI |
| ) | |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| JUAN MANUEL BOJORQUEZ-LOPEZ, ) | |
| ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Juan Manuel Bojorquez-Lopez it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Juan Manuel Bojorquez-Lopez' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Jennings Arms, Bryco 38, .380 caliber pistol; and

   b. SWD Inc., Cobray M-11, 9mm caliber pistol.

2. The above-listed property constitutes firearms involved in or used in a knowing violation of 18 U.S.C. § 922(g)(5)(A).

Preliminary Order of Forfeiture           1

3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection, in its secure custody and control.

4.  a.  Pursuant 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C.

///

///

///

Preliminary Order of Forfeiture            2

§ 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:     March 31, 2011
                                    CHIEF UNITED STATES DISTRICT JUDGE